IN THE UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MARIA H. GEORGE,

                                  CASE NO.: 8:09-bk-07653-CED
                                  CHAPTER 7

     Debtor.
_____

SCOTT P. GEORGE,

     Plaintiff,

v.
                                  Adv. Case No. 8:09-ap-445

MARIA H. GEORGE,

     Defendant.
_____/

## NOTICE OF FILING DECLARATION OF EDWARD T. JOYCE

     Plaintiff, SCOTT P. GEORGE, by his undersigned counsel, hereby gives notice of the filing of the Declaration of Edward T. Joyce.

                          /s/ Michael C. Markham
                          Michael C. Markham
                          Johnson, Pope, Bokor,
                          Ruppel & Burns, LLP
                          P.O. Box 1368
                          Clearwater, FL 33757
                          (727) 461-1818
                          (727) 443-6548 fax
                          FBN: 0768560
                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true copy of the foregoing has been furnished either electronically or by regular U.S. mail to Jawdet I. Rubaii, Esq. Jawdet I. Rubaii, P.A., 1358 South Missouri Avenue, Clearwater, Florida 33756 this 18th day of November, 2009.

                          /s/ Michael C. Markham

508795 v1

IN THE UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MARIA H. GEORGE,

                                     CASE NO.: 8:09-bk-07653-CED
                                     CHAPTER 7

     Debtor.
_____

SCOTT P. GEORGE,

     Plaintiff,

v.                                 Adv. Case No. 8:09-ap-445

MARIA H. GEORGE,

     Defendant.
_____/

### DECLARATION OF EDWARD T. JOYCE

Edward T. Joyce hereby declares under penalty of perjury as follows:

1.   I am an attorney licensed to practice law in the State of Illinois and I have personal knowledge of all facts set forth in this declaration, all of which are true and correct. I acted as lead trial counsel for Scott George in his suit against Maria George in the Circuit Court of Cook County, Illinois, case no. 03-L-13470 (the "Illinois Action").

2.   Attached hereto as **Exhibit A** is a true and correct copy of the Third Amended Complaint in the Illinois Action. Scott George proceeded at trial on Counts II (defamation *per se*), III (invasion of privacy-false light) and IV (tortious interference) in

-1-

the Third Amended Complaint.   Scott George did not abandon his claims or allegations of intentional/willful conduct at trial.

3.   Attached hereto as **Exhibit B** is a true and correct copy of the Order/Judgment and jury verdict form in the Illinois Action. Verdict Form A included in Exhibit B is the same form referenced on the last page of the jury instructions (referenced below).

4.   Attached hereto as **Exhibit C** is a true and correct copy of the jury instructions in both text form (pages 1-21) and as recorded in transcript form (pages 1355-1372).   These are the actual jury instructions given to the jury in the Illinois Action.

5.   Attached hereto as **Exhibit D** is a true and correct copy of the November 2004 letter referenced in the jury instructions in both redacted (Plaintiff's Trial Exhibit 3) and unredacted (Plaintiff's Trial Exhibit 3A) form.   Both forms of the November 2004 letter were provided to the jury.

6.   Maria George was represented by counsel, Richard Ducote and Benjamin Hyink, during the jury trial in the Illinois Action. Scott George requested and obtained an order sealing the record in the Illinois Action based on concerns that Maria George would continue to publish the defamatory statements via the court record in the Illinois Action.   Notwithstanding the sealing of the record, counsel for Maria George should have copies of the complete record from the Illinois Action.

-2-

I, Edward T. Joyce, hereby declare under penalty of perjury pursuant to the laws of the United States that the above declarations are true and correct to the best of my knowledge.

Dated: November 18, 2009

_____
Edward T. Joyce

508688